UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JANET PARRISH                                                                          PLAINTIFF

V.                            NO. 1:18-CV-00074-BD

SOCIAL SECURITY ADMINISTRATION                                        DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 2nd day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE